**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM KNIPP,

    Plaintiff,

v.                                                               Case No. 3:16-cv-179-J-32MCR

BLUESTEM BRANDS, INC.,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 12). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **July 1, 2016** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **July 1, 2016** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of May, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record

Case 3:16-cv-00179-TJC-MCR   Document 13   Filed 05/09/16   Page 2 of 2 PageID 50